# Court of Appeals
# of the State of Georgia

ATLANTA,  April 26, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1614.  Robinson v. The State.**

Antonio Robinson seeks to appeal the trial court's February 22, 2012 order dismissing his "Motion to Correct Void Sentence and Judgment."  Robinson, however, did not file his notice of appeal until March 28, 2012, 35 days after entry of the trial court's order.  To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.[1]  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Accordingly, we lack jurisdiction to consider Robinson's appeal, which is hereby DISMISSED as untimely.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/26/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*

---

[1]Robinson claims that his notice of appeal is timely pursuant to the prisoner "mailbox rule" adopted in *Massaline v. Williams*, 274 Ga. 552, 555 (3) (a) (554 SE2d 720) (2001). That rule, however, applies only in habeas corpus proceedings.  It "does not exempt a pro se prisoner from complying with the statutory requirements to file a timely notice of appeal in any non-habeas criminal or civil filing." (Punctuation omitted.) *Jackson v. State*, 313 Ga. App. 483, 484 (722 SE2d 80) (2011).